# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Helene Anemone, et al., | ) |
| | ) Case No. 19-cv-3205 |
| Plaintiffs, | ) |
| | ) Honorable John F. Kness |
| v. | ) |
| | ) |
| Interstate Management Company, | ) Jury demanded |
| LLC, dba HyattCentric Chicago and | ) |
| Does 1-3, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION TO DISMISS

The parties, by their respective attorneys, hereby stipulate that:

(1) Plaintiff and Defendants have reached a mutually agreeable resolution to the present case, which has been executed by all of the parties;

(2) The parties stipulate to the immediate dismissal with prejudice of the above-captioned action with the parties to bear their own costs and expenses.


/s/ Jorge Sanchez_____     /s/_Darren M. Mungerson_____

Jorge Sanchez                        Darren M. Mungerson
Lopez & Sanchez LLP                  Littler Mendelson P.C.
77 W. Washington St.                 321 N. Clark Street
Suite 1313                           Suite 1000
Chicago, IL  60602                   Chicago, IL  60654
Email: attysanchez@gmail.com         Email:dmungerson@littler.com
*Counsel for Plaintiffs*             *Counsel for Defendants*


Dated:        May 6, 2021

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Helene Anemone, et al., ) | |
| ) | Case No. 19-cv-3205 |
| Plaintiffs, ) | |
| ) | Honorable John F. Kness |
| v. ) | |
| ) | |
| Interstate Management Company, ) | Jury demanded |
| LLC, dba HyattCentric Chicago and ) | |
| Does 1-3, ) | |
| ) | |
| Defendants. ) | |

## (proposed) ORDER OF TERMINATION

The parties having filed a Joint Stipulation to Dismiss this case with prejudice:

**IT IS HEREBY ORDERED THAT** each party will bear its own attorneys' fees and costs, and that this case is terminated.

ENTERED:

_____
Honorable John F. Kness

## **CERTIFICATE OF SERVICE**

TO: Darren M. Mungerson
LITTLER MENDELSON, P.C.
321 N. Clark Street, Suite 1100
Chicago, IL 60654
(312) 795-3297
dmungerson@littler.com

The undersigned attorney hereby certifies that on May 6, 2021, he caused to be served upon the attorney of record shown above the parties' **JOINT STIPULATION TO DISMISS** by electronic mail

By: /s/ Jorge Sanchez